UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Rambo,<br><br>            Plaintiff,<br><br>v.<br><br>Norfolk Southern Railway Co.,<br><br>            Defendant. | CIVIL DIVISION<br><br>Case No. 5:25-cv-6546<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

1. Michael Rambo worked for Norfolk Southern Railway Company for 15 years. He suffered debilitating injuries due to Norfolk Southern's negligence. But Norfolk Southern refuses to fairly compensate him. Rambo therefore brings suit against Norfolk Southern under the Federal Employers' Liability Act (FELA), and states as follows.

## PARTIES

2. Rambo is an individual who resides in Pennsylvania.

3. Norfolk Southern Railway Company, which is a corporation headquartered in Atlanta, Georgia, operates trains across the United States, including in this district.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this case under 28 U.S.C. § 1331 because it arises under FELA, 45 U.S.C. § 51, et seq.

5. Venue is proper under 28 U.S.C. § 1391 because the accident that injured Rambo occurred in this district and Norfolk Southern operates in this district.

## FACTUAL ALLEGATIONS

6. Norfolk Southern hired Rambo in January 2007. Rambo continued to work for Norfolk Southern through the date of his injury on November 21, 2022.

7. As of the date Rambo was injured, he served as a Track Patrol Foreman.

8. The rails that run along railroad tracks are made up of segments that meet at joints. For trains to run safely, those segments must fit together snugly without breaks.

9. Extreme cold temperatures cause the rails to contract. When this happens, the contraction of the rail can sheer off the bolts holding segments together. This creates gaps in the rail that risk derailing trains running over the tracks. When this happens, railroads are required to fix the track and take remedial measures to prevent it from recurring.

10. During cold snaps, railroads send employees out on "cold patrol" to scout for gaps in the rail caused by the cold weather.

11. On November 21, 2022, Norfolk Southern sent Rambo on cold patrol during extreme cold weather. Rambo found rails on a bridge near Bethlehem, PA, that had contracted and sheared off the bolts at the joints, creating dangerous gaps.

12. This had occurred repeatedly in this area, but Norfolk Southern had not taken steps to remediate the issue because doing so would be time consuming and costly.

13. As Norfolk Southern had trained him to do, Rambo attempted to warm the rail and fix the gaps with a fire snake—essentially a flammable strip along the rail.

14. Due to Norfolk Southern's negligence, Rambo's leg fell between two railroad ties on the bridge as he worked to remedy the hazardous condition Norfolk Southern created. Rambo severely injured his shoulders and knees in the fall.

15. Rambo has since been unable to return to work, has suffered through multiple surgeries, and has endured significant pain and suffering.

16. Norfolk Southern has nonetheless refused to compensate Rambo for his financial losses or for his pain and suffering, which continues to this day.

## CAUSE OF ACTION

### COUNT I: FEDERAL EMPLOYERS' LIABILITY ACT
### 45 U.S.C. § 51, et seq.

17. As a result of Norfolk Southern's negligence, Rambo suffered serious injuries to his knees and shoulders in the course of his work for Norfolk Southern on November 21, 2022.

18. Norfolk Southern's negligence included: (a) failing to provide Rambo with a reasonably safe workplace; (b) failing to provide proper and reasonably safe equipment and resources; (c) failing to abide by relevant portions of the Locomotive Inspection Act and Safety Appliance Act; (d) failing to comply with applicable provisions of the Code of Federal Regulations; (e) having employees perform unsafe train operations, train handling, and braking; (f) failing to provide proper maintenance and inspection, (g) failing to provide sufficient training and resources; (h) requiring Rambo to perform work activities that were unsafe; and (i) other acts of negligence to be discovered.

19. As a result of Norfolk Southern's negligence, Rambo suffered injuries and incurred damages including past and future loss of income; reduced earning capacity and loss of fringe benefits; physical and emotional pain and suffering; shock, fright, and fear of serious injury; loss of household services; loss or reduced capacity for the enjoyment of life; medical, pharmaceutical, and rehabilitations costs; out of pocket expenses and other consequential damages.

### PRAYER FOR RELIEF

20. Rambo requests a judgment finding Norfolk Southern to have violated FELA.

21. Rambo further requests that the Court order Norfolk Southern to take the following actions:

    a. pay to him an award for compensatory damages arising from loss of income (or potential loss of income) and benefits in an amount to be determined by the trier of fact;

    b. pay to him an award for pain and suffering in an amount to be determined by the trier of fact;

    c. pay to him an award for loss of enjoyment in life in an amount to be determined by the trier of fact;

    d. pay to him an award for past and future medical care in an amount to be determined by the trier of fact;

    e. pay to him an award for emotional distress in an amount to be determined by the trier of fact.

WHEREFORE, Rambo prays for judgment against Norfolk Southern for recovery of reasonable damages in an amount sufficient to fully compensate Rambo for the damages and losses suffered, together with all costs, disbursements, and whatever other relief the Court deems appropriate.

                                                                    **PLAINTIFF'S COUNSEL**

November 20, 2025                                        /s/ Samuel J. Rosenthal
                                                                      Samuel J. Rosenthal, PA ID 50081
                                                                       The Rosenthal Firm
                                                                       1845 Walnut Street, Suite 2350
                                                                       Philadelphia, PA 19103
                                                                       Phone: (215) 923-8900
                                                                       Email: srosenthal@rosenthalfirm.net

5

Michael T. Rapier*
Nicholas D. Thompson*
Casey Jones Law Firm
323 N Washington Ave, Suite 200
Minneapolis, MN 55401
Phone: (757) 477-0991
Email: mrapier@caseyjones.law
Email: nthompson@caseyjones.law
* *pro hac vice* applications to be filed

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2025, a copy of the foregoing was electronically filed with the Court's electronic filing system which sent notice and service to all counsel of record.

/s/ Samuel J. Rosenthal
Samuel J. Rosenthal